# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TOM DUNNE, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:16-cv-01351 |
| RESOURCE CONVERTING, LLC et al., | ) ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Casey C. Breese, of the law firm Lathrop & Gage LLP, pursuant to Supreme Court Rule 117, hereby withdraws his appearance as counsel for Plaintiff Tom Dunne, Jr. Plaintiff will continue to be represented in this matter by Barry L. Haith and Jonathan R. Waldron, attorneys of record for Plaintiff.

Dated: July 6, 2017

Respectfully Submitted,

LATHROP & GAGE LLP

By: */s/ Casey C. Breese*
Barry L. Haith (48972MO)
BHaith@LathropGage.com
Casey C. Breese (69013MO)
CBreese@LathropGage.com
7701 Forsyth Boulevard, Suite 500
Clayton, Missouri 63105
Telephone: 314.613.2800
Telecopier: 314.613.2801

Attorneys for Plaintiff

27662230v1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 6th day of July 2017, upon counsel of record.

                   */s/ Casey C. Breese*