UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TOM DUNNE, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:16 CV 1351 DDN |
| RESOURCE CONVERTING, LLC, TIM DANLEY, RICK KERSEY, SEBRIGHT PRODUCTS, INC., GARY BRINKMANN, NEW WAY GLOBAL ENERGY, LLC, DAVID WOLF, JERRY FLICKINGER, and JWR, INC., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER
## STAYING FURTHER PROCEEDINGS AND SETTING APPEAL BOND

This matter is before the Court upon the motion of plaintiff Tom Dunne, Jr., for a stay of these proceedings and the approval of an appeal bond, pursuant to Federal Rule of Civil Procedure 62(b). (Doc. 415.) Defendants have not responded to this motion.

On August 9, 2019, the Court ordered the Clerk of Court to enter the then pending bills of costs totaling $33,074.77 against plaintiff. (Doc. 410.) By the instant motion, plaintiff seeks to have the Court approve an appeal bond and stay the award of costs pending the outcome of the appellative litigation. No objection to this motion has been filed.

Therefore, pursuant to Federal Rule of Civil Procedure 62(b),

**IT IS HEREBY ORDERED** that the motion of plaintiff to stay further proceedings in this action, including execution on and enforcement of the Court's order that costs be entered against plaintiff (Doc. 410), during the time this motion was pending

-

and during appeal (Doc. 415) **is sustained**, conditioned upon plaintiff posting an acceptable bond in the amount of $50,000.00.

                                                              /s/ David D. Noce
                                        **UNITED STATES MAGISTRATE JUDGE**

Signed on October 1, 2019.

-